# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DARRYL WRIGHT**,

    Plaintiff,

    v.                    CASE NUMBER: 3:14-CV-47 (GTS/DEP)

**MARTIN E. SMITH**, Broome Cnty. Court Judge;
**TORRANCE L. SCHMITZ**, Attorney at Law;
**STEPHANIE M. MILKS**, Assis. Dist. Attorney;
**CATHERINE A. ANDREWS**, Sr. Court Reporter;
**CLARE E. WILLIAMS**, Transcriber/Typist;
**VINCENT ACCARDI**, Attorney at Law; and
**SALVATORE M. LATONA**, Attorney at Law,

    Defendants.

**Decision by Court.** This action came to a hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Magistrate Judge Peebles' Report-Recommendation (Dkt. No. 8) is ACCEPTED and ADOPTED in its entirety. It is further ORDERED that Plaintiff's motion for the appointment of counsel and for a preliminary injunction (Dkt. No. 4 and 5) is DENIED as moot. It is further ORDERED that Plaintiff's Complaint (Dkt. No. 1) is DISMISSED with prejudice to the extent it asserts a claim under 42 U.S.C. § 1983, and without prejudice to the extent that it seeks to assert a claim under 28 U.S.C. § 2254.

All of the above pursuant to the order of the Honorable Judge Glenn T. Suddaby, dated the 5th day of June, 2014.

DATED: June 5, 2014

                                      */s/ Lawrence K. Baerman*
                                      Clerk of Court

                                      By: s/ Nicole Killius
                                          Deputy Clerk